UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!
Petitioners,

and

ARAMARK UNIFORM SERVICES,
Respondent.

NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)

07 CIV. 3260 (RWS)





SIRS:

PLEASE TAKE NOTICE that The Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Petitioners"), having commenced the within action by filing the Notice of Petition to Confirm Arbitration Award on April 24, 2007 and a copy of the Petition having been served on Aramark Uniform Services (hereinafter, the "Respondent"), and no answer or motion for Summary Judgment having been served by the Respondent and it being the Petitioners' intention to voluntarily dismiss this action with prejudice;

THEREFORE, pursuant to the provisions of Rule 41 (a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed with prejudice.

Dated: April 27, 2007
New York, New York

_____
Mark Schwartz, MS-0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

SO ORDERED:

_____
Robert W. Sweet
U.S. District Court Judge

5·8·07